FILED

10/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0159

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0159

_____

PERKINS FAMILY HOLDINGS, LLC,
a Montana Limited Liability Company,

      Plaintiff and Appellant,

  v.

THE TILE GUYS, LLC, AND MARSHAL
RAY BUTTERFIELD, an individual,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 12 2022